# Exhibit A

| | |
|---|---|
| **From:** | Justice For Poushawn Brown /Amazon <justiceforpoushawnbrown@gmail.com> |
| **Sent:** | Wednesday, February 8, 2023 7:11 PM |
| **To:** | Berg, Alex |
| **Subject:** | Re: Brown v. Amazon Headquarters LLC, CL 2022-17556 - Introduction |

Good Evening Mr. Berg Im just Emailing you like we Discussed On Monday I will be Calling you Tomorrow. Look Forward to Speaking with you Have a Great Day

On Monday, February 6, 2023, Berg, Alex <ABerg@littler.com> wrote:

> Ms. Brown,
>
> I hope you had a nice weekend, and thank you for calling me a few minutes ago.  To briefly recap what you and I discussed, our client intends to file a Notice of Removal by the end of this week.  That Notice of Removal would simply move the case from the Fairfax County Circuit Court, where you filed it, to federal court in the Eastern District of Virginia.  Substantively, we are continuing to investigate your allegations, though, and, therefore, the March 3, 2023 deadline to which you previously consented has not changed, in terms of our requested deadline to answer or otherwise respond to your Complaint.  My understanding from our conversation is that your position (*i.e.*, that you consent to this March 3, 2023 deadline to respond) has not currently changed, either.  However, you and I agreed that you would formally verify by 5 pm this Wednesday (February 8) whether we still have your consent to answer or otherwise respond to the Complaint by March 3.
>
> You also mentioned that you have spoken with multiple attorneys but not yet retained anyone.  As I mentioned, should you retain an attorney, please forward them my contact information and have them reach out directly to me and to my colleague, Dionysia Johnson-Massie (djmassie@littler.com / (404) 760-3901).
>
> Thank you again for your time, and I will look forward to hearing from you.
>
> Kind regards,
>
> Alex Berg
>
> **Alex Berg**
> Attorney at Law
> 703.286.3138 direct, 410.292.2783 mobile, 703.552.0045 fax
> ABerg@littler.com
>
> Pronouns: He/Him



**Labor & Employment Law Solutions | Local Everywhere**
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102

---

**From:** Justice For Poushawn Brown /Amazon <justiceforpoushawnbrown@gmail.com>
**Sent:** Friday, January 27, 2023 3:43 PM
**To:** Berg, Alex <ABerg@littler.com>
**Subject:** Re: Brown v. Amazon Headquarters LLC, CL 2022-17556 - Introduction

**[EXTERNAL E-MAIL]**

Yes Thank Mr. Berg l Look Forward Speaking with you February 6 At 1pm have A great Weekend.

On Friday, January 27, 2023, Berg, Alex <ABerg@littler.com> wrote:

> Ms. Brown,
>
> Thank you again for returning my call this afternoon.  Thank you also for confirming that, according to your records, Amazon was served on the afternoon of January 20, 2023.  As you and I discussed, because Littler (our law firm) was very recently retained and needs some time to promptly investigate your allegations, you consented to Amazon having until Friday, March 3, 2023 to respond substantively to the Complaint you filed.  We appreciate your courtesy and will prepare and submit a motion to the Court that reflects this consent.  Should you need any similar courtesy as this matter proceeds, please let me know, and we will be happy to discuss.
>
> In addition, per your request to schedule a follow-up conversation, we discussed that the afternoon of Monday, February 6, 2023 at 1:00 p.m. works well for each of our schedules.  I will follow up shortly with a Zoom invitation.
>
> Kind regards,
>
> Alex Berg
>
> **Alex Berg**
> Associate
> 703.286.3138 direct, 410.292.2783 mobile, 703.552.0045 fax

ABerg@littler.com

Pronouns: He/Him



Labor & Employment Law Solutions | Local Everywhere
1800 Tysons Blvd, Suite 500, Tysons Corner, VA 22102

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.


-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.